■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL BLANDING, Appellant. [857 NYS2d 517]—Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered on or about May 17, 2006, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Buckley and Sweeny, JJ.